1  JUSTIN K. STRASSBURG (SBN 238504)
   STRASSBURG, GILMORE & WEI, LLP
2  1250 E. Walnut St., #136
   Pasadena, California 91106
3  Telephone: (626) 683-9933
   Facsimile:  (626) 683-9944
4
5  Attorneys for Plaintiff,
   SEAN PARK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PARK, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEB SHOPS, INC., a Pennsylvania corporation, doing business as www.debshops.com; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.:<br><br>**COMPLAINT:**<br><br>**1. COPYRIGHT INFRINGMENT (17 U.S.C. § 501);**<br>**2. UNFAIR COMPETITION (CAL. BUS. & PROF. CODE § 17200)**<br><br>**JURY TRIAL DEMANDED** |

　　　　Plaintiff SEAN PARK (hereinafter referred to as "PARK" or "Plaintiff"), for his claims against Defendant DEB SHOPS, INC. (hereinafter "DEB"), respectfully alleges as follows:

## JURISDICTION AND VENUE

　　　　1.　　Plaintiff PARK files this civil action against Defendant DEB seeking damages and injunctive relief for copyright infringement and related claims under the

1  Copyright Act, 17 U.S.C. § 101, *et seq.*, and related claims of misappropriation and
2  unfair competition under the laws of the State of California.

3    2. This Court has subject matter jurisdiction over Plaintiff's claims for
4  copyright infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Pursuant to 28
5  U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's claims
6  arising under the laws of California for misappropriation and unfair competition in
7  that they are so related to Plaintiff's claims under the Copyright Act as to be part of
8  the same case or controversy and derive from a common nucleus of operative facts.

9    3. On information and belief, the Court has personal jurisdiction over
10 Defendant DEB because Defendant regularly and systematically does business within
11 this judicial district and did so in connection with the acts and omissions alleged
12 herein, and therefore is subject to personal jurisdiction in this district; and because a
13 substantial part of the alleged acts and omissions in creating, marketing, producing,
14 selling, and/or distributing the infringing products gives rise to the claims for the
15 copyright infringement at issue herein.  Further, Defendant DEB solicits, transacts,
16 and is doing business within the State of California through its website at
17 www.debshops.com and its California retail locations.

18   4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(2),
19 1391(b)(3), 1391(c), 1391(d), and 1400(a) as the claims asserted arise in this district
20 and Defendant DEB is subject to personal jurisdiction in this district.

## THE PARTIES

23   5. Plaintiff SEAN PARK is an individual who resides in Los Angeles,
24 California and operates J.S. Park Creative, Inc.  Plaintiff PARK is the copyright
25 holder of federally registered copyright VA 1-859-817.

26   6. Upon information and belief, Defendant DEB SHOPS, INC., is a
27 corporation organized and existing under the laws of the State of Pennsylvania with an

office and principal place of business at 9401 Blue Grass Road, Philadelphia, Pennsylvania 19114.

7.   Plaintiff is unaware of the names and true capacities of Defendants, whether individual, corporate, and/or partnership entities, names herein as DOES 1 through 10, inclusive, and therefore sue them by their fictitious names.  Plaintiff will seek leave to amend this Complaint when their true names and capacities are ascertained.  Plaintiff is informed and believes, and based thereon alleges, that said Defendants and DOES 1 through 10, inclusive, are in some manner responsible for the wrongs alleged herein, and that at all times referenced each was the agent and servant of the other Defendants and was acting within the course and scope of said agency and employment.

8.   Plaintiff is informed and believes, and based thereon alleges, that at all relevant times herein, Defendants and DOES 1 through 10, inclusive, knew or reasonably should have known of the acts and behavior alleged herein and the damages caused thereby, and by their inaction ratified and encouraged such acts and behavior.  Plaintiff further alleges that Defendants and DOES 1 through 10, inclusive, had a non-delegable duty to prevent or cause such acts and the behavior described herein, which duty Defendants and DOES 1 through 10, inclusive, failed and/or refused to perform.

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

9.   Plaintiff PARK is the copyright holder of federally registered copyright VA 1-859-817, which includes design VP4834 (hereinafter the "Elephant Design"). Plaintiff PARK is also the owner and operator of J.S. Park Creative, Inc., the only authorized retailer that sells clothing with the authorized use of the Elephant Design on its articles of clothing.

10.   The Elephant Design was first used in commerce as early as September

28, 2012, and was registered with the United States Copyright Office on March 11, 2013. Exhibit A is a true and complete copy of Plaintiff PARK's Certificate of Registration of registered copyright VA 1-859-817.

11. The Elephant Design depicts an elephant standing erect and facing forward. Every inch of the surface area of the elephant's skin is covered with unique and intricate designs consisting of numerous shapes, including but not limited to, triangles, diamonds, flowers, and other tribal inspired designs. Exhibit B is a true and complete copy of the Elephant Design VP4834.

12. Upon information and belief, Defendant DEB SHOPS, INC., is a specialty retail chain store that sells women's clothing and accessories in the United States. Defendant sells clothing under its own private label as well as other labels. As of 2011, it is believed that Defendant DEB operated approximately 324 retail stores, including three (3) stores within the State of California. Defendant also sells and ships its clothing and accessories nationwide through its website www.debshops.com.

13. On or about June of 2013, clothing bearing counterfeit reproductions of the Elephant Design was discovered for sale at www.debshops.com. The counterfeit reproduction of the Elephant Design was found on a grey tank top described as "deep armhole tank top with elephant screen and slashed back," style #1000050671. Defendant DEB originally sold said article of clothing for $13.90 each. Exhibit C is a true and correct copy of a screen shot of the "deep armhole tank top with elephant screen and slashed back," style #1000050671 for sale at www.debshops.com.

14. Thereafter, the "deep armhole tank top with elephant screen and slashed back," also appeared on www.polyvore.com, the web's largest community powered fashion commerce website that showcases fashion trends, showcasing Defendant DEB's unauthorized use of Plaintiff PARK's Elephant Design on its grey tank top. Exhibit D is a true and correct copy of a screen shot of the "deep armhole tank top with elephant screen and slashed back," for sale at www.debshops.com.

16. Defendant DEB was not authorized by Plaintiff to manufacture, distribute, advertise, offer for sale, and/or sell merchandise bearing Plaintiff PARK's Elephant Design.

## FIRST CAUSE OF ACTION
(Federal Copyright Infringement – 17 U.S.C. § 501)

17. Plaintiff incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

18. At all times relevant hereto, Plaintiff PARK is and was the author of the Elephant Design and holder of Certificate of Registration Number VA 1-859-817 from the United States Copyright Office.

19. Without authorization, Defendant DEB and DOES 1 through 10, and each of them, reproduced and/or distributed Plaintiff PARK's owned and copyrighted Elephant Design VP4834, U.S. Copyright Registration Number VA 1-859-817, via the website address at www.debshops.com operated by Defendant DEB and the retail stores operated by Defendant DEB in which the Elephant Design was included on the light grey tank top described as "deep armhole tank top with elephant screen and slashed back."

20. Plaintiff PARK did not authorize Defendants' copying, displaying, distributing, and/or selling of his works. As such, Defendants willfully infringed upon Plaintiff's registered copyrights.

21. Defendants infringed upon the copyrights in Plaintiff's creative works by reproducing, distributing, and/or publicly displaying the works by and through Defendant DEB's website and retail store locations without proper approval or authorization by Plaintiff.

22. Defendants knew the infringed work belonged to Plaintiff and that they did not have the permission or authorization of Plaintiff to use the Elephant Design.

1  23. Defendants knew their acts constituted copyright infringement.

2  24. Defendants' conduct was willful within the meaning of the Copyright
3  Act.

4  25. As a result of their wrongful conduct, Defendants are liable to Plaintiff
5  for copyright infringement pursuant to 17 U.S.C. § 501.  Plaintiff has suffered, and
6  will continue to suffer, substantial losses, including but not limited to, damage to his
7  business reputation and goodwill.

8  26. Plaintiff will be irreparably injured by the continued acts of Defendants,
9  unless such acts are enjoined.

10  27. Plaintiff has no adequate remedy at law.

11  28. Plaintiff is entitled to injunctive relief prohibiting Defendants from using
12  the Elephant Design for any purpose and for damages suffered by reason of
13  Defendants' wrongful manufacture, use, display, distribution, and/or sale of products
14  using Plaintiff PARK's copyrighted Elephant Design.

15  29. Further, Plaintiff is entitled to recover damages, which include his losses
16  and any and all profits Defendants have made as a result of their wrongful conduct
17  under 17 U.S.C. § 504.  Alternatively, Plaintiff is entitled to statutory damages under
18  17 U.S.C. § 504(c)(2).

19  30. Moreover, Plaintiff is entitled to recover his attorneys' fees and costs of
20  suit pursuant to 17 U.S.C. § 505.

21

## SECOND CAUSE OF ACTION

(California Unfair Competition – Cal. Bus. & Prof. Code § 17200)

24  31. Plaintiff incorporates herein by reference the averments of the preceding
25  paragraphs as though fully set forth herein.

26  32. Plaintiff PARK owns and enjoys the rights to the copyrighted Elephant
27  Design in California and throughout the United States.

28

1    33. Beginning on an exact date unknown to Plaintiff, Defendant DEB and DOES 1 through 10, and each of them, engaged in unfair competition as defined in California Business and Professions Code § 17200.

   34. Defendants unlawfully used Plaintiff PARK's Elephant Design without authorization for the purposes of selling a grey tank top described as "deep armhole tank top with elephant screen and slashed back," which included the exact image of Plaintiff's Elephant Design on the front of the tank top.

   35. Defendants' unauthorized use of the Elephant Design has caused and is likely to further cause confusion as to the source of the Elephant Design, all to the detriment of Plaintiff.

   36. Defendants' acts are willful, deliberate, and intended to deceive members of the public by passing off Plaintiff PARK's Elephant Design as their own.

   37. Defendants' acts constituted unfair competition under California Business and Professions Code § 17200.

   38. Plaintiff has been irreparably harmed and will continue to be irreparably harmed as a result of Defendants' unlawful acts unless Defendants are permanently enjoined from their unlawful conduct.

   39. The conduct herein complained of was extreme, outrageous, fraudulent, and was inflicted on Plaintiff in reckless disregard of Plaintiff's rights. Said conduct was despicable and harmful to Plaintiff, and as such supports an award of exemplary and punitive damages in an amount sufficient to punish and make an example of Defendants, and to deter them from similar such conduct in the future.

   40. Plaintiff has no adequate remedy at law.

   41. In light of the foregoing, Plaintiff is entitled to injunctive relief prohibiting Defendants from using the Elephant Design, and to recover all damages including attorneys' fees, that Plaintiff has sustained and will sustain, and all gains, profits, and advantages obtained by Defendants as a result of their infringing acts

alleged above in an amount not yet known but to be proven at trial, as well as the costs of this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff SEAN PARK respectfully prays for judgment against Defendants, as follows:

1. Granting temporary, preliminary, and permanent injunctive relief restraining Defendants, their agents, servants, employees, officers, associates, attorneys, and all persons acting by, through, or in concert with any of them, from:

    (a) Using the Elephant Design, or any other designs confusingly similar thereto, in connection with the manufacturing, distributing, advertising, offering for sale, and/or selling of merchandise;

    (b) Otherwise infringing upon Plaintiff SEAN PARK's copyrighted designs; and

    (c) Unfairly competing with Plaintiff SEAN PARK.

2. Entering a judgment against Defendants that they have:

    (a) Willfully infringed upon Plaintiff's rights in federally registered copyrights under 17 U.S.C. § 501;

    (b) Willfully committed unfair competition and business practices by distributing, manufacturing, reproducing, offering for sale, and/or selling Plaintiff SEAN PARK's Elephant Design without his permission; and

    (c) Otherwise injured the business reputation and business of Plaintiff by Defendants' acts and conduct set forth in this Complaint.

3. Ordering an accounting by Defendants of all gains, profits, and advantages derived from their wrongful acts;

4. Ordering Defendants to disgorge their profits;

5. Awarding Plaintiff SEAN PARK all of Defendants' profits and all

1  damages sustained by Plaintiff as a result of Defendants' wrongful acts, and such
2  other compensatory damages as the Court determines to be fair and appropriate
3  pursuant to 17 U.S.C. § 504(b), or in the alternative, enhanced statutory damages
4  pursuant to 17 U.S.C. § 504(c)(2), for Defendants' willful infringement of Plaintiff
5  SEAN PARK's copyrights;

6    8. Ordering Defendants to pay a civil penalty in the amount of two thousand
7  five hundred dollars ($2,500) for each violation of California Business and
8  Professions Code § 17200 as proven at trial, pursuant to California Business and
9  Professions Code § 17206.

10   9. Awarding all actual, consequential, and incidental financial losses,
11 including but not limited to, lost profits, according to proof, in a sum which exceeds
12 the jurisdictional minimum of this Court, together with pre-judgment interest;

13   10. Awarding general damages against Defendants in a sum which exceeds
14 the jurisdictional minimum of this Court, the exact amount of which will be proven at
15 trial;

16   11. Allowing Plaintiff to recover attorneys' fees and costs of suit pursuant to
17 17 U.S.C. § 504; and

18   12. For any other such other relief that the Court finds just and proper.

19
20
21 DATED:  October 8, 2013   STRASSBURG, GILMORE & WEI, LLP
22
23           By: _/s/ Justin K. Strassburg_
           JUSTIN K. STRASSBURG
24            Attorneys for Plaintiff, SEAN PARK

25 ///
26 ///
27 ///
28

# DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury as to all claims in this litigation.

DATED:  October 8, 2013                    STRASSBURG, GILMORE & WEI, LLP


By: */s/ Justin K. Strassburg*
JUSTIN K. STRASSBURG
Attorneys for Plaintiff, SEAN PARK