1  John K. Park, State Bar Number: 175212
   Park Law Firm, APC
2  3255 Wilshire Blvd., Suite 1110
3  Los Angeles, CA 90010
   (213) 389-3777
4  park@parklaw.com

5  Attorneys for Plaintiff
6  SEAN PARK

7

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | SEAN PARK, an individual | CASE NO.:  13 CV-07432 MWF (ASx) |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | | |
| 14 | v. | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DEB SHOPS, INC. AND POETRY CLOTHING (DOE1) |
| 15 | DEB SHOPS, INC., a Pennsylvania corporation, doing business as www.debshops.com; and DOES 1 through 10, inclusive, | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

20

21    TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL
22
23 OF RECORD:

24    PLEASE TAKE NOTICE THAT Plaintiff Sean Park voluntarily dismisses
25
26 Defendants DEB SHOPS, INC, and POETRY CLOTHING (hereafter collectively
27 "Dismissing Defendants") as follows:
28

1
STIPULATION FOR DISMISSAL

1. Plaintiff's claims against Dismissing Defendants are hereby dismissed with prejudice;

2. Plaintiff and Dismissing Defendants will each bear its respective costs and attorneys' fees as incurred against one another in connection with the claims released herein.

SO NOTICED.

DATED: March 26 2014        PARK LAW FIRM

By: */s/ John K. Park*
    John K. Park
    Attorney for Plaintiff SEAN PARK